1 **CAROL ANN MOSES**
Attorney at Law
2 7636 N. Ingram Ave., #104
Fresno, CA 93711
3 Telephone: (559) 449-9069
4 Facsimile: (559) 513-8530

5

6 Attorney for Defendant,
PRADEEP GOUDAGUNTA

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CITATION NO. 6:17-PO-00392-MJS |
|---|---|
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |
| v. | |
| PRADEEP GOUDAGUNTA, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

The Defendant PRADEEP GOUDAGUNTA, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, or when a motion for reduction of bail or for a personal recognizance release is heard.

*///*

WAIVER OF DEFENDANT'S
PERSONAL APPEARANCE                              1

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Goudagunta requests a waiver of personal appearance at his initial appearance and at all status conferences. He is charged with Speeding – 62 mph / 42 mph. He lives in Redmond, Washington. He works for Microsoft Corporation and is a part-time student. He supports his wife. He would have to fly and rent a car to appear in person in Yosemite. The cost of this would be approximately 1/3 of his bi-weekly earnings. Mr. Goudagunta does not have any criminal history. Susan St. Vincent of the Yosemite Legal Office does not object to the Waiver.

Dated: July 26, 2017 /s/ Pradeep Goudagunta\
PRADEEP GOUDAGUNTA

Dated: July 26, 2017 /s/ Carol Ann Moses\
CAROL ANN MOSES\
Attorney for Defendant,\
PRADEEP GOUDAGUNTA

ORDER

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance at his initial appearance on August 8, 2017 and at all status conferences in case number 6:17-po-00392-MJS is hereby granted.

IT IS SO ORDERED.

Dated: July 31, 2017     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

WAIVER OF DEFENDANT'S
PERSONAL APPEARANCE                    3