1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Docket No.  6:17-PO-00392-MJS

12 |            Plaintiff,

13 |       v.                     | STIPULATION TO VACATE TRIAL DATE;
                                    AND ORDER THEREON
14 | PRADEEP GOUDAGUNTA,

15 |            Defendant.

16

17

18        IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer

19 for the National Park Service, and Defendant, Pradeep Goudagunta, by and through his

20 attorney of record, Carol Moses, that the trial date in the above-captioned matter set for

21 December 5, 2017 be vacated.  The parties have reached a settlement agreement in this

22 matter wherein the parties stipulate the Defendant was travelling 55 MPH in a 40 MPH

23 zone.  The Government further agrees the Defendant can take traffic school.  The

24 Defendant will complete traffic school and submit proof of the completion and pay a total

25 collateral of $130 to the Central Violation Bureau for citation number 6811518 and the

26 matter will be closed.

27        //

28        //

| Dated: October 16, 2017 | /S/ Susan St. Vincent |
|---|---|
| | Susan St. Vincent, Legal Officer |
| | Yosemite National Park |

| Dated: October 16, 2017 | /S/ Carol Moses |
|---|---|
| | Carol Moses |
| | Attorney for Defendant |
| | Pradeep Goudagunta |

**ORDER**

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, the December 5, 2017, trial in *U.S. v. Goutagunta, Case Number 6:17-po-00392-MJS*, is vacated.

IT IS SO ORDERED.

| Dated: October 17, 2017 | /s/ *Michael J. Seng* |
|---|---|
| | UNITED STATES MAGISTRATE JUDGE |